UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Erin Bowser v. Bayer Corporation et al* | No. 09-cv-10090-DRH |
| *Cora Brown v. Bayer Corporation et al* | No. 09-cv-10132-DRH |
| *Tiffany Broughton v. Bayer Corporation et al* | No. 09-cv-10206-DRH |
| *Ashley Brooks Binkley v. Bayer Corporation et al* | No. 10-cv-10575-DRH |
| *Samantha Bland v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11461-DRH |
| *Leann Brashear v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12180-DRH |
| *Crystal Brandon v. Bayer Schering Pharma AG, et al* | No. 10-cv-13083-DRH |
| *Caise Black v. Bayer Corporation et al* | No. 12-cv-11017-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              **BY:** __/s/*Caitlin Fischer*__
                                                    **Deputy Clerk**

**Dated:** July 16, 2014

Digitally signed by David R. Herndon
Date: 2014.07.16 15:43:11 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2